UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 08-12-02-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| DAVID A. WARD, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court pending review of the United States Magistrate Judge Edward B. Atkins's Report and Recommendation [R. 68] filed on February 13, 2009. Consistent with this Court's referral, Judge Atkins conducted a hearing based on the motion for rearraignment filed by the Defendant, David A. Ward, and now recommends that the Court accept the Defendant's guilty plea and adjudge him guilty of Count 1 of the Indictment. [*Id.*]

In this case, neither party has filed objections, and the time for doing so has expired. Absent an objection or request for review, this Court is "not required to engage in any more formal review of the plea proceeding." *United States v. Ciapponi*, 77 F.3d 1247, 1251 (10th Cir. 1996); *see also* 28 U.S.C. § 636(b)(1)(C); *Peretz v. United States*, 501 U.S. 923, 937-39 (1991) (clarifying that de novo review is not required for Article III purposes unless requested by the parties). Therefore, pursuant to 28 U.S.C. § 636(b)(1), the Court adopts Judge Atkins's Report and Recommendation, accepts the Defendant's guilty plea, and adjudges him guilty of the specific Count to which he pled. Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1.      The Magistrate Judge's Report and Recommendation [R. 68] is **ADOPTED** as and for the opinion of this Court.

2.      The Defendant's guilty plea is accepted and David A. Ward is adjudged guilty of Count 1 of the Indictment**.**

3.      The Jury Trial in this matter, which was continued generally in light of the Defendant's motion for rearraignment, is now **SET ASIDE** as to this Defendant.

4.      The Clerk of the Court is directed to provide a copy of this Order to the United States Probation Office and the United States Marshal.

This the 26th day of March, 2009.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge